■ JACQ. PIEROT JR. & SONS, INC., Appellant, v FAIRFIELD-MAXWELL LTD., Respondent, et al., Defendant.—Judgment, Supreme Court, New York County (Beverly Cohen, J.), entered July 5, 1990, unanimously affirmed for the reasons stated by Beverly Cohen, J., with costs. No opinion. Concur—Carro, J. P., Ellerin, Ross, Asch and Kassal, JJ.

■ LAURA FUSARO, as Administratrix of the Estate of JOHN WAKSHINSKY, Deceased, Respondent, v PORTER-HAYDEN COMPANY, Individually and as Successor to H.W. PORTER & CO., et al., Defendants, and H. A. CONSTRUCTION CORP., Individually and as Successor to SPRAYCRAFT CORPORATION, et al., Appellants.—Two orders, Supreme Court, New York County (Helen Freedman, J.), entered December 11, 1989 and March 21, 1990, respectively, unanimously affirmed for the reasons stated by Helen Freedman, J., with costs. No opinion. Concur —Carro, J. P., Ellerin, Ross, Asch and Kassal, JJ. [See, 145 Misc 2d 911.]